**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-6719**

―――――――――――

LYDON MCCANN-MCCALPINE,

Plaintiff - Appellant,

v.

DETECTIVE FISHER OF BCPD; INTERNAL AFFAIRS BALTIMORE COUNTY; BALTIMORE COUNTY POLICE DEPARTMENT; SERGEANT C. CARTER; OFFICER WALO; ARAMARK, (Mrs. Heard),

Defendants - Appellees,

and

DIRECTOR GAIL WATTS,

Defendant.

―――――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:23-cv-02039-BAH)

―――――――――――

Submitted:  December 5, 2024                    Decided:  December 10, 2024

―――――――――――

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Lydon McCann-McCalpine, Appellant Pro Se.  Robert Patrick Scanlon, ANDERSON & QUINN, LLC, Rockville, Maryland, for Appellee Aramark.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lydon McCann-McCalpine seeks to appeal the district court's order granting in part and denying in part Defendants' motions to dismiss McCann-McCalpine's 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order McCann-McCalpine seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*